THE PEOPLE OF THE STATE OF NEW YORK, Appellant-Respondent, v GERARD IPPOLITO, Also Known as GERALD IPPOLITO, Respondent-Appellant.

Submitted March 26, 2012; decided April 26, 2012

Reported below, 89 AD3d 1369.

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the respondent-appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COR-NELL LONG, Appellant.

Submitted April 16, 2012; decided April 26, 2012

Reported below, 89 AD3d 1513.

Motion for poor person relief granted.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant-Respondent, v EDGAR MORALES, Respondent-Appellant.

Submitted April 16, 2012; decided April 26, 2012

Reported below, 86 AD3d 147.

Motion by Center on the Administration of Criminal Law for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW MOSS, Appellant.

Submitted April 9, 2012; decided April 26, 2012

Reported below, 89 AD3d 600.

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.